United States Court of Appeals
Fifth Circuit

**F I L E D**

October 6, 2004

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

No. 04-50901

RALPH NADER, Candidate for President of the United States;
STEPHEN E. SMAHA; SUZANNE RUSSO; and LUCRETIA KRAUSE,

Plaintiffs-Appellants,

versus

GEOFFREY S. CONNOR,
Secretary of State for the State of Texas,

Defendant-Appellee.

Appeal from the United States District Court
for the Western District of Texas

Before DeMOSS, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:

Plaintiffs-Appellants Ralph Nader, *et al.*, appeal from the district court's decision denying their First and Fourteenth Amendment constitutional challenges to the Texas Election Code, specifically sections 192.32(a), 192.32(b)(3)(A), 192.32(c), and 192.32(d). Essentially for the reasons as well stated in the district court's memorandum opinion, **Nader v. Connor**, --- F. Supp. 2d ---, 2004 WL 2002248 (W.D. Tex. Sept. 1, 2004), we AFFIRM that court's final judgment declaring the challenged Texas Election Code provisions legal and constitutional.

**AFFIRMED.**